IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RIVER REGION MEDICAL CORPORATION
D/B/A RIVER REGION HEALTH SYSTEM
F/K/A PARKVIEW REGIONAL MEDICAL CENTER            PLAINTIFF

V.                                          NO:  5:07CV36DCB-MTP

AMERICAN LIFECARE, INC., ET AL.                DEFENDANTS

V.

FOX-EVERETT, INC. and
AMERICAN MEDICAL BILL REVIEW        THIRD PARTY DEFENDANTS

## ORDER

This cause, having come before the Court on MultiPlan, Inc.'s, doing business as

American LifeCare, Inc., American LifeCare Networks, L.L.C., Private Healthcare System,

Inc. and Private Healthcre Systems, Ltd. (hereinafter referred to as "MultiPlan") Motion to

Dismiss Without Prejudice as to Third-Party Defendant American Medical Bill Review

("AMBR"), and the Court, having heard the arguments and being fully advised in the

premises, finds that the Motion to Dismiss Without Prejudice as to AMBR, is well taken and

should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that the Third-Party

Complaint is dismissed without prejudice as to American Medical Bill Review.

     **THIS** the ___5th___ day of June, 2007.

                               ___s/ David Bramlette_____

                               UNITED STATES DISTRICT JUDGE