```
            UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
                  WESTERN DIVISION
```

RIVER REGION MEDICAL CORPORATION                            PLAINTIFF
d/b/a RIVER REGION HEALTH SYSTEM
f/k/a PARKVIEW REGIONAL MEDICAL CENTER

VERSUS                          CIVIL ACTION NO. 5:07cv36-DCB-JMR

AMERICAN LIFECARE, INC.; AMERICAN
LIFECARE NETWORKS, LLC; PRIVATE
HEALTHCARE SYSTEMS, INC.; PRIVATE
HEALTHCARE SYSTEMS, LTD;                                   DEFENDANTS

VERSUS

FOX-EVERETT, INC.                                THIRD-PARTY DEFENDANT

VERSUS

GENWORTH FINANCIAL f/k/a GE GROUP
LIFE ASSURANCE COMPANY                          FOURTH-PARTY DEFENDANT

## ORDER OF DISMISSAL

This cause having come before the Court on its own motion, and the Court having denied without prejudice MultiPlan's Motion for Declaratory Judgment for want of jurisdiction; having denied as moot Fox-Everett's Motion for Summary Judgment as to Third Party Claim; having denied without prejudice River Region's Motion for Leave to File Counterclaim; having dismissed without prejudice Fox-Everett's claim against River Region pursuant to 28 U.S.C. § 1367(c)(3); having dismissed without prejudice all of Fox-Everett's claims against Genworth and MultiPlan on account of mootness; having dismissed without prejudice MultiPlan's indemnity claim against Fox-Everett on account of mootness; and having dismissed without prejudice Genworth's indemnity claim against Fox-Everett on

account of mootness; accordingly, there being no other claims or motions pending before the Court

  **IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED**.

  **SO ORDERED AND ADJUDGED**, this the 5th day of August 2008.

           <u>    s/ David Bramlette    </u>

           **UNITED STATES DISTRICT JUDGE**